to whom he had made an absolute gift of its proceeds or income.

After most careful consideration of the whole question and of the able and earnest arguments of counsel, we are convinced the learned court below, in confirming the report of the auditors, reached a correct conclusion. We must therefore dismiss the assignments of error.

Decree affirmed.

---

## Dorris's Estate (No. 2).

OPINION BY HEAD, J., July 18, 1916:

The questions raised by this appeal are identical with those disposed of in the appeal of Julia Dorris in the same estate, in which an opinion has this day been filed, ante, page 345. For the reasons there given, we dismiss the assignments of error and affirm the decree of the Orphans' Court.

Decree affirmed.

---

## Dorris's Estate (No. 3).

OPINION BY HEAD, J., July 18, 1916:

The questions raised by this appeal are identical with those disposed of. in the appeal of Julia Dorris in the same estate, in which an opinion has this day been filed, ante, page 345. For the reasons there given, we dismiss the assignments of error and affirm the decree of the Orphans' Court.

Decree affirmed.